1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11   DONNA MARIE DECAREAU,          )     No. SACV 15-1680 FFM
                                    )
12                 Plaintiff,       )
                                    )     JUDGMENT
13        v.                        )
                                    )
14   COMMISSIONER OF SOCIAL         )
     SECURITY,                      )
15                                  )
                   Defendant.       )
16   _____)

17        In accordance with the Order filed concurrently herewith,

18

19        IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

20

21

22   DATED: March 16, 2016

                                        /S/ FREDERICK F. MUMM
23                                        FREDERICK F. MUMM
                                        United States Magistrate Judge
24

25

26

27

28